ELIZABETH L. KENNEDY

*v.*

CENTRAL RAILROAD COMPANY.

Bill to foreclose.   On general demurrer.

*Mr. H. M. Gaston*, for complainant.

THE CHANCELLOR.

The demurrer in this case is overruled, with costs, for the reason given in *Frelinghuysen* v. *Central R. R. Co.*, decided at this term.